UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INTELLECTUAL SCIENCE &
TECHNOLOGY, INC.

        Plaintiff(s),

v.

AIWA STRATEGIC ACCOUNT
PARTNERSHIP, L. L. C.,

        Defendant(s).

_____/

Case No. 06-10415

HONORABLE AVERN COHN
UNITED STATES DISTRICT JUDGE

## ORDER OF DISMISSAL

Upon review of the above mentioned case filed on January 30,2006, and no response being filed to the Order to Show Cause entered on March 20, 2009;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated: March 31, 2009

   s/Avern Cohn_____
   AVERN COHN
   UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 31, 2009, by electronic and/or ordinary mail.

   s/Julie Owens_____
   Case Manager
   (313) 234-5160